# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CRUZ & MARIA LOPEZ ROMERO |
| **Case Number:** | 4:09-BK-15395-EWH **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 13, 2009 10:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

HEARING REGARDING POSSIBLE MANDATORY DISMISSAL.

**R / M #:**   10 / 0

## *Appearances:*

WALTER E. MOAK, ATTORNEY FOR CRUZ LOPEZ ROMERO, MARIA LOPEZ ROMERO

## *Proceedings:*

MR. MOAK STATES THE DEBTORS ARE NOT PRESENT. THEY KNOW THEIR CASE WILL BE DISMISSED.

COURT: THE CASE WILL BE DISMISSED. COUNSEL IS TO UPLOAD THE ORDER.